IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED
MAY - 3 2004

In Re:                              )
                                    )
ASBESTOS LITIGATION                 )
PRODUCTS LIABILITY                  )   Civil Action No. MDL 875
                                    )   No. _____
                                    )
                                    )
                                    )           MAY 17 2004
This Document Relates to:           )

FILED
AUG 27 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SITTING IN HAMMOND INDIANA

| Case | Number | |
|---|---|---|
| Raymond Thompson v. Techint, et al | 2:00 CV 735 JM | 10-67727 |
| Robert Thurston v. Techint, et al | 2:00 CV 736 JM | 08-91172 |
| Jimmie Tibbs v. Techint, et al | 2:00 CV 737 JM | 10-67728 |
| Stephen Tomko v. Techint, et al | 2:00 CV 738 RL | 08-91173 |
| Adam Veha v. Techint, et al | 2:00 CV 743 JM | 08-91177 |
| Lynn Williams v. Techint, et al | 2:00 CV 740 RL | 10-67729 |
| Lawrence Wolendowski v. Techint, et | 2:00 CV 741 JM | 08-91175 |
| Louie Woods v. Techint, et al | 2:00 CV 742 RL | 08-91176 |
| Jesse Shelly v. Techint, et al | 2:00 CV 725 JM | 08-91162 |
| John Skvarek v. Techint, et al | 2:00 CV 726 JM | 08-91163 |
| Homer Smith v. Techint, et al | 2:00 CV 727 JM | 08-91164 |
| Robert Snyder v. Techint, et al | 2:00 CV 728 RL | 08-91165 |
| Robert Spencer v. Techint, et al | 2:00 CV 729 JM | 08-91166 |
| Sherman Stamper v. Techint, et al | 2:00 CV 730 RL | 08-91167 |
| Anthony Stugis v. Techint, et al | 2:00 CV 731 JM | 08-91168 |
| Robert Sufak v. Techint, et al | 2:00 CV 732 JM | 08-91169 |
| Robert Szpak v. Techint, et al | 2:00 CV 734 RL | 08-91171 |
| Fred Richardson v. Techint, et al | 2:00 CV 715 JM | 08-91152 |
| Jose Rios v. Techint, et al | 2:00 CV 716 RL | 08-91153 |
| Salvador Rodriguez v. Techint, et al | 2:00 CV 717 RL | 08-91154 |
| Theodore Rorer v. Techint, et al | 2:00 CV 718 JM | 08-91155 |
| Guadalupe Saldivah v. Techint, et al | 2:00 CV 719 JM | 08-91156 |
| Cordell Schmidt v. Techint, et al | 2:00 CV 720 JM | 08-91157 |

| Case Name | Case Number | Handwritten |
|---|---|---|
| Luther Selby v. Techint, et al | 2:00 CV 722 JM | 08-91159 |
| Vidal Sendejas v. Techint, et al | 2:00 CV 723 RL | 08-91160 |
| Joe Sepulveda v. Techint, et al | 2:00 CV 724 RL | 08-91161 |
| Darwin Norrick v. Techint, et al | 2:00 CV 706 RL | 08-91143 |
| Gilberto Novales v. Techint, et al | 2:00 CV 707 JM | 08-91144 |
| James Patitsas v. Techint, et al | 2:00 CV 709 JM | 08-91146 |
| Melka Pavicevich v. Techint, et al | 2:00 CV 710 RL | 08-91147 |
| Federico Pintor v. Techint, et al | 2:00 CV 711 JM | 08-91148 |
| Raymond Pozywio v. Techint, et al | 2:00 CV 712 RL | 08-91149 |
| Robert Ramirez v. Techint, et al | 2:00 CV 714 RL | 08-91151 |
| Charlie Randolph v. Techint, et al | 2:00 CV 713 JM | 08-91150 |
| Jesus Martinez v. Techint, et al | 2:00 CV 699 RL | 08-91136 |
| L.D. Massey v. Techint, et al | 2:00 CV 700 JM | 08-91137 |
| Paul McKamey v. Techint, et al | 2:00 CV 701 RL | 08-91138 |
| James McKinley v. Techint, et al | 2:00 CV 702 RL | 08-91139 |
| Alphonso P. Medina v. Techint, et al | 2:00 CV 90 JM | 10-67709 / 08-91232 |
| John Mescall v. Techint, et al | 2:00 CV 703 RL | 08-91140 |
| Ronald McKash v. Techint, et al | 2:00 CV 705 RL | 08-91142 |
| Edward Murphy v. Techint, et al | 2:00 CV 704 JM | 08-91141 |
| Leonard Keilman v. Techint, et al | 2:00 CV 690 RL | 08-91127 |
| Joe Kennedy v. Techint, et al | 2:00 CV 691 RL | 08-91128 |
| Stasys Kirsunas v. Techint, et al | 2:00 CV 692 JM | 08-91129 |
| Daniel Lopez v. Techint, et al | 2:00 CV 693 RL | 08-91130 |
| Jovan Manojlovic v. Techint, et al | 2:00 CV 695 RL | 08-91132 |
| Araldo Manzov v. Techint, et al | 2:00 CV 696 JM | 08-91133 |
| Roger Marsh v. Techint, et al | 2:00 CV 697 RL | 08-91134 |
| Emilio Martinez v. Techint, et al | 2:00 CV 698 JM | 08-91135 |
| Grady Contles v. Techint, et al | 2:00 CV 678 RL | 08-91116 |
| Robert Hamer v. Techint, et al | 2:00 CV 680 JM | 10-67726 |
| Jimmie Hendrick v. Techint, et al | 2:00 CV 682 JM | 08-91119 |
| Lloyd Hedrick v. Techint, et al | 2:00 CV 683 RL | 08-91120 |
| Julian Hernandez v. Techint, et al | 2:00 CV 684 JM | 08-91121 |
| Wayne Hobbie v. Techint, et al | 2:00 CV 685 JM | 08-91122 |
| William Ivey v. Techint, et al | 2:00 CV 686 RL | 08-91123 |
| Andrew Jackson v. Techint, et al | 2:00 CV 687 JM | 08-91124 |
| James Jones v. Techint, et al | 2:00 CV 688 RL | 08-91125 |
| William Collier v. Techint, et al | 2:00 CV 667 RL | 08-91105 |
| Carter Comer v. Techint, et al | 2:00 CV 668 JM | 08-91106 |
| Henry Comer v. Techint, et al | 2:00 CV 669 JM | 08-91107 |
| Thomas Crnarich v. Techint, et al | 2:00 CV 670 JM | 08-91108 |
| Willie Cusic v. Techint, et al | 2:00 CV 671 RL | 08-91109 |

| Case Name | Case Number | Handwritten |
|---|---|---|
| Frederick Davidson v. Techint, et al | 2:00 CV 672 JM | 08-91110 |
| Del DePaula v. Techint, et al | 2:00 CV 673 RL | 08-91111 |
| Roy Dixon v. Techint, et al | 2:00 CV 674 JM | 08-91112 |
| Leonard Elbaor v. Techint, et al | 2:00 CV 676 JM | 08-91114 |
| Eugene Bunchek v. Techint, et al | 2:00 CV 653 RL | 08-90959 |
| James Cain v. Techint, et al | 2:00 CV 659 RL | 08-91097 |
| Jose Cantu v. Techint, et al | 2:00 CV 660 JM | 08-91098 |
| Macedonio Casas v. Techint, et al | 2:00 CV 661 RL | 08-91099 |
| Eliseo Castaneda v. Techint, et al | 2:00 CV 662 JM | 08-91100 |
| Donald Cheney v. Techint, et al | 2:00 CV 663 RL | 08-91101 |
| Johnie Christopher v. Techint, et al | 2:00 CV 664 JM | 08-91102 |
| Jay Cline v. Techint, et al | 2:00 CV 665 RL | 08-91103 |
| Frazie Cobb v. Techint, et al | 2:00 CV 666 JM | 08-91104 |
| Charles Belleville v. Techint, et al | 2:00 CV 649 RL | 08-90955 |
| Charles Bergner v. Techint, et al | 2:00 CV 650 RL | 08-90956 |
| Roland Blackmon v. Techint, et al | 2:00 CV 651 JM | 08-90957 |
| Frank Bonfiglio v. Techint, et al | 2:00 CV 652 JM | 08-90958 |
| Paul Boverkerk v. Techint, et al | 2:00 CV 654 RL | 08-90960 |
| Brian Boyce v. Techint, et al | 2:00 CV 655 JM | 08-90961 |
| Cahneal Brown v. Techint, et al | 2:00 CV 656 JM | 08-90962 |
| Eddie Brown v. Techint, et al | 2:00 CV 657 RL | 08-90963 |
| Raymond Brown v. Techint, et al | 2:00 CV 658 JM | 08-90964 |
| James Allen v. Techint, et al | 2:00 CV 639 RL | 08-90943 |
| Eugeno Alvarez v. Techint, et al | 2:00 CV 641 RL | 08-90947 |
| Vernon Armstrong v. Techint, et al | 2:00 CV 642 RL | 08-90948 |
| Joel Azpetia v. Techint, et al | 2:00 CV 643 JM | 08-90949 |
| Paul Bailie v. Techint, et al | 2:00 CV 644 | 08-90950 |
| Daniel Bandwick v. Techint, et al | 2:00 CV 645 RL | 08-90952 |
| Monroe Barnes v. Techint, et al | 2:00 CV 646 JM | 08-90953 |
| Benjamin Bayless v. Techint, et al | 2:00 CV 647 RL | 08-90954 |
| Marion Schemik v. Techint, et al | 2:00 CV 648 JM | 08-90951 |
| James Campbell v. Techint, et al | 2:00 CV 772 RL | 10-67731 |
| John Clendenen v. Techint, et al | 2:00 CV 773 JM | 08-91179 |
| James Edmond v. Techint, et al | 2:00 CV 775 JM | 08-91181 |
| Bernard Greenwell v. Techint, et al | 2:00 CV 785 JM | 08-91190 |
| Alfred Hernandez v. Techint, et al | 2:00 CV 776 JM | 08-91182 |
| Forest Hollan v. Techint, et al | 2:00 CV 774 RL | 08-91180 |
| Alfred Luna v. Techint, et al | 2:00 CV 786 JM | 08-91191 |
| Paul Myres v. Techint, et al | 2:00 CV 771 JM | 10-67730 |
| John Weeks v. Techint, et al | 2:00 CV 778 JM | 08-91184 |
| Jerry L. Smith v. Techint, et al | 2:01 CV 71 RL | 08-91214 |

| Case Name | Case Number | Handwritten |
|---|---|---|
| Theodore P. Zukoski v. Techint, et al | 2:01 CV 74 JM | 08-91217 |
| Eddie Duckery v. Techint, et al | 2:01 CV 81 JM | 08-91224 |
| Dale L. Burmeister v. Techint, et al | 2:01 CV 101 RL | 08-91242 |
| Robert L. Coslet v. Techint, et al | 2:01 CV 76 RL | 08-91219 |
| Alfredo Ramirez v. Techint, et al | 2:01 CV 70 JM | 08-91213 |
| Robert W. Cashman v. Techint, et al | 2:01 CV 98 RL | 08-91240 |
| Jack L. Cain v. Techint, et al | 2:01 CV 89 RL | 10-67734 |
| Robert P. Brooker v. Techint, et al | 2:01 CV 100 JM | 10-67735 |
| Curtis O. Bow v. Techint, et al | 2:01 CV 050 JM | 08-91207 |
| Ace W. Robertson v. Techint, et al | 2:01 CV 73 JM | 08-91216 |
| Robert E. Robenson v. Techint, et al | 2:01 CV 95 JM | 08-91237 |
| Amando G. Trevino v. Techint, et al | 2:01 CV 85 RL | 08-91228 |
| Arthur R. Ruesken v. Techint, et al | 2:01 CV 049 JM | 08-91206 |
| William J. Smith v. Techint, et al | 2:01 CV 042 JM | 08-91199 |
| Daniel V. Polewski v. Techint, et al | 2:01 CV 041 RL | 08-91198 |
| Roman Sanchez v. Techint, et al | 2:01 CV 075 RL | 08-91218 |
| Matthew J. Welter v. Techint, et al | 2:01 CV 064 RL | 08-91210 |
| Ronald W. Bartelmann v. Techint, et | 2:01 CV 609 | 08-90183 |
| Roy E. Divan v. Techint, et al | 2:01 CV 046 RL | 08-91203 |
| John L. Field v. Techint, et al | 2:01 CV 078 RL | 08-91221 |
| Joe H. Gambill v. Techint, et al | 2:01 CV 088 JM | 08-91231 |
| Oscar J. Flores v. Techint, et al | 2:01 CV 099 RL | 08-91241 |
| Clifford D. Blackwell v. Techint, et | 2:01 CV 092 JM | 08-91234 |
| Michael S. Brisevac v. Techint, et | 2:01 CV 094 RL | 08-91236 |
| Harry Bell v. Techint, et al | 2:01 CV 087 RL | 08-91230 |
| Larry M. Berdine v. Techint, et al | 2:01 CV 044 RL | 08-91201 |
| Richard L. Plew v. Techint, et al | 2:01 CV 051 RL | 08-91208 |
| Joseph A. Ochs v. Techint, et al | 2:01 CV 038 JM | 08-91195 |
| May M. Moser v. Techint, et al | 2:01 CV 039 JM | 08-91196 |
| Thomas R. Mills v. Techint, et al | 2:01 CV 083 JM | 08-91226 |
| Billy H. Faughn v. Techint, et al | 2:01 CV 080 RL | 08-91223 |
| Larry A. Heinz v. Techint, et al | 2:01 CV 047 JM | 08-91204 |
| Richard L. Hiatt v. Techint, et al | 2:01 CV 103 RL | 08-91244 |
| Ray C. Kermit v. Techint, et al | 2:01 CV 082 RL | 08-91225 |
| Vern R. Kloss v. Techint, et al | 2:01 CV 048 RL | 08-91205 |
| Jose Lazano v. Techint, et al | 2:01 CV 072 JM | 08-91215 |
| Pat J. Maloney v. Techint, et al | 2:01 CV 079 JM | 08-91222 |
| Edwin L. Mccray v. Techint, et al | 2:01 CV 043 JM | 08-91200 |
| John A. Mihalik v. Techint, et al | 2:01 CV 086 RL | 08-91229 |
| Andrew Paramantgis v. Techint, et al | 2:01 CV 102 JM | 08-91243 |
| Roderick Atkins v. Techint, et al | 2:01 CV 084 JM | 08-91227 |

| Case | Number | Handwritten |
|---|---|---|
| Norman Davis v. Techint, et al | 2:01 CV 065 RL | 08-91211 |
| Stanley E. Fisher v. Techint, et al | 2:01 CV 040 JM | 08-91197 |
| Joseph T. Baker v. Techint, et al | 2:00 CV 784 RL | 08-91189 |
| James Barrett v. Techint, et al | 2:00 CV 790 JM | 10-67733 |
| Alphonso Berry v. Techint, et al | 2:00 CV 787 RL | 08-91192 |
| Gene R. Brownewell v. Techint, et al | 2:00 CV 782 RL | 08-91187 |
| Aaron J. Carter v. Techint, et al | 2:00 CV 780 JM | 08-91185 |
| Herbert J. Govert v. Techint, et al | 2:00 CV 791 RL | 08-91194 |
| John H. Green v. Techint, et al | 2:00 CV 781 RL | 08-91186 |
| Marshall Johnson v. Techint, et al | 2:00 CV 779 RL | 10-67732 |
| Jerome Martin v. Techint, et al | 2:00 CV 783 JM | 08-91188 |
| Juan R. Ortiz v. Techint, et al | 2:00 CV 788 RL | 08-91193 |
| Martin L. Valdez v. Techint, et al | 2:00 CV 789 JM | 09-92261 |
| Milutin Veljanoski v. Techint, et al | 2:01 CV 247 RL | 08-91301 |
| Raymond C. Dix v. Techint, et al | 2:01 CV 200 JM | 08-91260 |
| Leroy Heath v. Techint, et al | 2:01 CV 201 RL | 08-91261 |
| Eugene Robinson v. Techint, et al | 2:01 CV 198 JM | 08-91258 |
| Mike Elias v. Techint, et al | 2:01 CV 219 RL | 08-91275 |
| Greg D. George v. Techint, et al | 2:01 CV 235 RL | 08-91289 |
| Patrick J. Wolfe v. Techint, et al | 2:01 CV 224 JM | 08-91279 |
| Nathaniel Nichols v. Techint, et al | 2:01 CV 191 RL | 08-91251 |
| Gerald A. Sumner v. Techint, et al | 2:01 CV 241 RL | 08-91295 |
| Woodie Lockett v. Techint, et al | 2:01 CV 218 JM | 10-67746 |
| Rudolph Sanchez v. Techint, et al | 2:01 CV 197 RL | 08-91257 |
| Douglas P. Waldron v. Techint, et al | 2:01 CV 246 JM | 08-91300 |
| Walter Olenik v. Techint, et al | 2:01 CV 205 RL | 08-91264 |
| Charles A. Van De Velde v. Techint, et al | 2:01 CV 225 RL | 08-91280 |
| Walter A. Wallace v. Techint, et al | 2:01 CV 203 RL | 08-91263 |
| Donald L. Strohl v. Techint, et al | 2:01 CV 240 JM | 08-91294 |
| Olerio Gonzales v. Techint, et al | 2:01 CV 208 JM | 08-91267 |
| James Demetris v. Techint, et al | 2:01 CV 193 RL | 08-91253 |
| John L. Horbach v. Techint, et al | 2:01 CV 245 RI | 08-91299 |
| Joseph M. Fornal v. Techint, et al | 2:01 CV 220 JM | 10-67739 |
| Walter Kruszynoski v. Techint, et al | 2:01 CV 217 RL | 08-91274 |
| John L. Humphrey v. Techint, et al | 2:01 CV 230 JM | 08-91285 |
| Edward M. Ostrowski v. Techint, et | 2:01 CV 204 JM | 10-67736 |
| Guadalupe G. Garcia v. Techint, et | 2:01 CV 232 JM | 08-91286 |
| Robert H. Hamlin v. Techint, et al | 2:01 CV 279 JM | 10-67741 |
| Richard T. Tredway v. Techint, et al | 2:01 CV 228 JM | 08-91283 |
| James E. Hamilton v. Techint, et al | 2:01 CV 202 JM | 08-91262 |
| Walter J. Banasiak v. Techint, et al | 2:01 CV 188 JM | 08-91248 |

| Plaintiff | Case No. | Handwritten |
|---|---|---|
| Allen D. Holland v. Techint, et al | 2:01 CV 231 RL | 10-67740 |
| Jesus Garza v. Techint, et al | 2:01 CV 283 JM | 08-91312 |
| Larry G. Schlagel v. Techint, et al | 2:01 CV 282 RL | 08-91311 |
| Frank J. Alexson v. Techint, et al | 2:01 CV 190 JM | 08-91250 |
| Rudolph J. Vido v. Techint, et al | 2:01 CV 223 RL | 08-91278 |
| Louis T. Acevez v. Techint, et al | 2:01 CV 233 RL | 08-91287 |
| George E. Jansky v. Techint, et al | 2:01 CV 280 RL | 08-91309 |
| Crescencio Alanis v. Techint, et al | 2:01 CV 248 JM | 08-91302 |
| John Nelson v. Techint, et al | 2:01 CV 192 JM | 08-91252 |
| Bruce T. Williams v. Techint, et al | 2:01 CV 214 JM | ~~08-91271~~ 08-91282 |
| Johnnie Q. Davis v. Techint, et al | 2:01 CV 239 RL | 08-91293 |
| Charles Krik v. Techint, et al | 2:01 CV 242 JM | 08-91296 |
| William J. Dixon v. Techint, et al | 2:01 CV 222 JM | 08-91277 |
| Raymond E. Garmany v. Techint, et al | 2:01 CV 186 JM | 08-91246 |
| Alonzo A. Solis v. Techint, et al | 2:01 CV 243 RL | 08-91297 |
| Michael Stoynoff v. Techint, et al | 2:01 CV 229 RL | 08-91284 |
| Clarence E. Mayes v. Techint, et al | 2:01 CV 216 JM | 08-91273 |
| Porfirio T. Longoria v. Techint, et | 2:01 CV 275 JM | 08-91305 |
| Albert Everett v. Techint, et al | 2:01 CV 189 RL | 08-91249 |
| Alfred Dixon v. Techint, et al | 2:01 CV 195 RL | 08-91255 |
| John Potat v. Techint, et al | 2:01 CV 212 JM | 10-67738 |
| Robert E. Berber v. Techint, et al | 2:01 CV 234 JM | 08-91288 |
| Albertine Lewis v. Techint, et al | 2:01 CV 237 RL | 08-91291 |
| Durral Hale v. Techint, et al | 2:01 CV 236 JM | 08-91290 |
| Lilian Mcgrew v. Techint, et al | 2:01 CV 206 JM | 08-91265 |
| Paul R. Bow v. Techint, et al | 2:01 CV 196 JM | 08-91256 |
| George L. Slifer v. Techint, et al | 2:01 CV 213 RL | 08-91270 |
| Arthur Lardydell v. Techint, et al | 2:01 CV 209 RL | 10-67737 |
| Oscar Collins v. Techint, et al | 2:01 CV 187 RL | 08-91247 |
| Antonio G. Gonzalez v. Techint, et | 2:01 CV 207 RL | 08-91266 |
| David C. Clark v. Techint, et al | 2:01 CV 215 RL | 08-91272 |
| Larry E. Wright v. Techint, et al | 2:01 CV 221 RL | 08-91276 |
| Arthur F. Mendoza v. Techint, et al | 2:01 CV 244 JM | 08-91298 |
| John W. Bretall v. Techint, et al | 2:01 CV 194 JM | 08-91254 |

## ORDER OF DISMISSAL

The Court, having reviewed the defendant, Techint Technologies, Motion to

Dismiss and being duly advised in the premises, now **GRANTS** the same. Each of the

above-listed causes of action are hereby **DISMISSED WITH PREJUDICE** against defendant, Techint Technologies.

The Court further finds no just reason for delay and directs entry of final judgment against each plaintiff and in favor of Techint Technologies, in accordance with F.R.C.P. 54(b).

SO ORDERED this 13th day of May, 2004.

_____
Judge, Charles Weiner, U.S. District Court

Copies to:
Bruce P. Clark, BRUCE P. CLARK & ASSOCIATES, Harrison Ridge Square, 419 Ridge Road, Munster, IN 46321
Michael Cascino, CASCINO VAUGHAN LAW OFFICES, 403 West North Avenue, Chicago, Illinois 60610