IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Charles Krik,<br><br>                    Plaintiff,<br>v.<br><br>BP America, Inc., et al.,<br><br>                    Defendants. | 1st PA-ED Case No.08-CV-91296<br>2nd PA-ED Case No.11-CV-63473<br><br>*1st Trans. from IN-ND Case# 01-242*<br>*File Date: 3/23/2001*<br><br>*2nd Trans. from IL-ND Case# 10-7435*<br>*File Date: 11/18/2010* |

AMENDED ADMINISTRATIVE ORDER NO. 12 REPORT

PLAINTIFF IDENTIFICATION INFORMATION

Injured party: Charles Krik
DOB: 9/17/1937
DOD: N/A
SSN: xxx-xx-1587

DEFENDANT IDENTIFICATION

1st Case Pending Defendants:   Beazer East Incorporated, Chicago Protective Apparel Incorporated General Refractories Company, Industrial Holdings Corporation, John J Maroney & Company Luse Stevenson Company, Mallinckrodt Group Incorporated, Paul J Krez Company, Rapid American Corporation, Techint Technologies, Texaco Incorporated, WTI Rust Holding Incorporated.

1st Case out: Hercules Chemical Company Incorporated

2nd Case Pending Defendants:BP America, Inc., Bechtel Construction Company, CBS Corporation Certainteed Corporation, Cleaver Brooks, Inc., Crane Co., ExxonMobil Oil Corporation, Ingersoll-Rand Company, Owens-Illinois Inc., Rapid American Corporation, The Marley-Wylain Company a/k/a Weil-McLain Company, Trane U.S. Inc., Union Carbide Corporation.

MEDICAL REPORTS: See documents at IKON depository

Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600
(312) 944-1870 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Charles Krik,<br><br>                    Plaintiff,<br>v.<br><br>BP America, Inc., et al.,<br><br>                    Defendants. | 1st PA-ED Case No.08-CV-91296<br>2nd PA-ED Case No.11-CV-63473<br><br>*1st Trans. from IN-ND Case# 01-242*<br>*File Date: 3/23/2001*<br><br>*2nd Trans. from IL-ND Case# 10-7435*<br>*File Date:* 11/18/2010 |

CERTIFICATE OF SERVICE OF
AMENDED ADMINISTRATIVE ORDER NO. 12 REPORT

    I hereby certify that on June 29, 2011, I electronically filed the foregoing with the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system under both of the following case numbers: 08-CV-91296 & 11-CV-63473 which will send notification of such filing to the following CM/ECF participants:

**JON BAROOSHIAN**
jbarooshian@cmjlaw.com,mmcvinney@cmjlaw.com

**MICHAEL A. BERGIN**
mbergin@fbtlaw.com,psanders@fbtlaw.com

**JAMES M. BOYERS**
jboyers@woodmclaw.com

**EDWARD M. CASMERE**
ecasmere@schiffhardin.com

**GREGORY L. COCHRAN**
gcochran@mckenna-law.com,federal@mckenna-law.com,jmccleish@mckenna-law.com

**LISA M. DILLMAN**
ldillman@lewiswagner.com,sdas@lewiswagner.com

**MARGARET M. FOSTER**
mfoster@mckenna-law.com,fjones@mckenna-law.com,federal@mckenna-law.com

**ROBERT L. GAUSS**
gauss@icemiller.com

**DOUGLAS B. KING**
dking@woodmaclaw.com,pbadger@woodmclaw.com

**KEVIN R. KNIGHT**

kevin.knight@icemiller.com,shannon.waggoner@icemiller.com,emily.kennedy@icemiller.com,cyndi.timm@icemiller.com

**CHRISTOPHER D LEE**
clee@kddk.com

**EDWARD J. MCCAMBRIDGE**
emccambridge@smsm.com,sdoman@smsm.com

**SUSAN E. MEHRINGER**
asbest@csmlawfirm.com

**FREDERICK S MUELLER**
muellerf@jbltd.com

**CONNIE J. POSTELLI**
connie.postelli@cjplaw.com

**GERMAINE W. WILLETT**
Germaine.Willett@icemiller.com,emily.kennedy@icemiller.com,cyndi.timm@icemiller.com

**MICHAEL P. CASCINO**
mcascino@cvlo.com,akaminski@cvlo.com

**DEMETRA ARAPAKIS CHRISTOS**
dchristos@foleymansfield.com

**MICHAEL J. DENNING**
mdenning@heylroyster.com,bgillette@heylroyster.com,dschilling@heylroyster.com,rckecf@heylroyster.com

**C. KATE DOUGLAS**
kate.douglas@snrdenton.com,stlouisdocket@sonnenschein.com,ntishma@sonnenschein.com

**MICHAEL W. DRUMKE**
mdrumke@heplerbroom.com

**MATTHEW J. FISCHER**
mfischer@schiffhardin.com

**DANIEL R. GRIFFIN**
dgriffin@djoalaw.com

**ROGER K. HEIDENREICH**
roger.heidenreich@snrdenton.com,stlouisdocket@sonnenschein.com,ntishma@sonnenschein.com

**JAMES PAUL KASPER**
jamie.kasper@guntymccarthy.com

**RICHARD M. LAUTH**
rmlauth@ewhlaw.com,tlbagley@ewhlaw.com,PMCunningham@ewhlaw.com,jjtanksley

@ewhlaw.com

**JEFFREY ALAN RYVA**
jeff.ryva@huschblackwell.com

**KIMBERLY A. SARFF**
kim.sarff@huschblackwell.com

**MICHAEL J. ZUKOWSKI**
michael.zukowski@klgates.com,klgatesasbestos@klgates.com,jonathan.paul@klgates.com

and I mailed by United States Postal Service copies to the following non-CM/ECF participants:

**GUS SACOPULOS**
  SACOPULOS, JOHNSON & SACOPULOS
  676 OHIO ST.
  TERRE HAUTE, IN 47807

**RANDALL J. NYE**
  126 W. GRANT
  HAMMOND, IN 46071

**JOSEPH STALMACK**
  STALMACK & ASSOCIATES PC
  900 RIDGE RD STE J
  MUNSTER, IN 46321

**DIEDRE S. DUNN**
  MACCABE & MCGUIRE
  77 W. WACKER DR STE 3333
  CHICAGO, IL 60601

**ANDREW E. KOLB**
  MCCABE & MCGUIRE
  77 W. WACKER DR STE 3333
  CHICAGO, IL 60601

  **EDWARD H. MACCABE**
  MACCABE AND MCGUIRE
  77 W. WACKER DRIVE
  SUITE 3333
  CHICAGO, IL 60601-1634

**BRUCE B. MARR**
  MCKENNA STORER ROWE WHITE FARRUG
  33 N. LASALLE ST. STE 1400
  CHICAGO, IL 60602

**CHARLES P DARGO**
  LAW OFFICES OF CHARLES P. DARGO PC

9151 N. 1200 W
DEMOTTE, IN 46310

**ANDREW R. WOLF**
2622 NORTH SHAWNEE TRAIL
LAPORTE, IN 46350

**THOMAS S. EHRHARDT**
KOPKA PINKUS DOLIN & EADS, LLC
9801 CONNECTICUT DRIVE
CROWN POINT, IN 46307

**STEPHEN RICHARD AYRES**
CHEELY O'FLAHERTY & AYRES
19 SOUTH LASALLE STREET
SUITE 1203
CHICAGO, IL 60603

**PAUL H. BURMEISTER**
HURSCH BLACKWELL LLP
120 SOUTH RIVERSIDE #2200
CHICAGO, IL 60606

**DANIEL J. CHEELY**
CHEELY O'FLAHERTY & AYRES
19 SOUTH LASALLE STREET STE 1203
CHICAGO, IL 60603

**SEAN MARK CONAGHAN**
CHEELY O'FLAHERTY & AYRES
19 S LASALLE ST STE 1203
CHICAGO, IL 60603

**MICHAEL J. LOTUS**
CHEELY FLAHERTY & AYRES
19 S LASALLE ST STE 1203
CHICAGO, IL 60603

**STEPHEN K. MILOTT**
GUNTY AND MCCARTHY
150 S WACKER DRIVE
STE 1025
CHICAGO, IL 60606

**PAUL B. O'FLAHERTY, JR**
CHEELY O'FLAHERTY & AYRES
19 S LASALLE ST STE 1203
CHICAGO, IL 60603

**ALAN STUART ZELKOWITZ**
PRETZEL & STOUFFER, CHTD
ONE SOUTH WACKER DRIVE
STE 2500
CHICAGO, IL 60606

s/ Michael P. Cascino

                                        Attorney for Plaintiff

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
mcascino@cvlo.com