## IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: Asbestos Product Liability Litigation (No. VI)** | ) ) | **Civil Action No. MDL 875** |
| **Charles Krik,** Plaintiff, v. **A.W. Chesterton Company,** *et al.*, Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) | **PA-ED Case No. 2:08-cv-91296-ER** *(IN-ND Case No. 01-0242)* |

### STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective attorneys, that all claims, including all cross-claims, alleged against Chicago Protective Apparel, in the above-referenced action may be dismissed without prejudice and without costs to any party.

**IT IS FURTHER STIPULATED** that an order to this effect may be entered without further notice.

Dated this 21st of September, 2011                    Dated this 21st of September, 2011

By:___/s/ Jonathan Freilich_____                    By:__/s/ Edward J. McCambridge_____

    Jonathan Freilich
    Michael P. Cascino                                        Edward J. McCambridge
    Robert G. McCoy                                           Segal, McCambridge, Singer & Mahoney, Ltd.
    Cascino Vaughn Law Offices, LTD                 233 S. Wacker, Suite 5500
    220 S. Ashland Avenue                                   Chicago, IL 60606
    Chicago, IL 60607                                            Telephone: (312) 645-7800
    Telephone: (312) 944-0600                              Facsimile: (312) 645-7711
    Facsimile: (312) 944-1870                                ezapotocny@smsm.com
    mcascino@cvlo.com                                       *Attorneys for Chicago Protective Apparel*
    rmccoy@cvlo.com
    *Attorneys for the Plaintiff*

IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: Asbestos Product** | ) | **Civil Action No. MDL 875** |
| **Liability Litigation (No. VI)** | ) | |
| | ) | |
| **Charles Krik,** | ) | |
| Plaintiff, | ) | **PA-ED Case No. 2:08-cv-91296-ER** |
| | ) | |
| v. | ) | *(IN-ND Case No. 01-0242)* |
| | ) | |
| **A.W. Chesterton Company,** *et al.*, | ) | |
| | ) | |
| Defendant, | ) | |

**ORDER FOR DISMISSAL**

    Upon the stipulation of the parties,
    **IT IS ORDERED THAT** all claims alleged against Defendant, Chicago Protective Apparel, including all cross-claims in the above-referenced action are dismissed without prejudice and without costs to any of the parties herein.

    Dated at Philadelphia, Pennsylvania, this _____ day of _____, 2011.

                                              BY THE COURT:

                                              _____
                                              The Honorable Eduardo C. Robreno

## IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: Asbestos Product Liability Litigation (No. VI)** | ) ) | **Civil Action No. MDL 875** |
| **Charles Krik,**  Plaintiff, | ) ) ) ) ) | **PA-ED Case No. 2:08-cv-91296-ER** |
| v. | ) ) ) | *(IN-ND Case No. 01-0242)* |
| **A.W. Chesterton Company,** *et al.*,  Defendant, | ) ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2011, I electronically filed Chicago Protective Apparel's Stipulation to Dismiss all Claims and Order Dismissing all Claims against Chicago Protective Apparel with the Clerk of Court using the ECF system, which will send notifications of such filing to all counsel of record.

By: /s/ Edward J. McCambridge
Edward J. McCambridge
Segal, McCambridge, Singe & Mahoney, Ltd.
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
Telephone: (312) 645-7800
Facsimile: (312) 645-7711
emccambridge@smsm.com
*Attorneys for Defendant Attorneys for Chicago Protective Apparel*