IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES KRIK

v.

BECHTEL CONSTRUCTION CO., et al.

MDL-875

E.D. Pa. Civil Action Nos:
11-63473 & 08-91296

## ORDER

AND NOW, this 28th day of September, 2011, upon consideration of "Defendant Weil-McLain's Motion to Quash and Strike Deposition Testimony of Plaintiff, Charles Krik" (11-63473, Doc. No. 43), plaintiffs' response and "Motion to Consolidate Cases of Charles Krik" (11-63473, Doc. No. 53), and the September 27, 2011 telephonic hearing on the matter, it is hereby **ORDERED** that:

(1) Weil-McLain's Motion to Quash is **DENIED**;

(2) Plaintiffs' Motion to Consolidate is **GRANTED**, and the two Charles Krik cases filed under Civil Action Numbers 11-63473 and 08-91296 shall be **consolidated under Civil Action Number 11-63473**. Furthermore, the "Top 10" CVLO case list is hereby amended to reflect the change in case number for the Krik case;

(3) The parties shall work cooperatively to complete all necessary and reasonable discovery as expeditiously as possible. The Court shall make itself available to resolve any discovery disputes. In any event, discovery for this case between these parties shall be completed on or before **November 9, 2011**; and

(4) This order applies only to discovery concerning the plaintiff and defendant Weil-McLain.

BY THE COURT:

DAVID R. STRAWBRIDGE
United States Magistrate Judge