IN THE UNITED STATES DISCTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Asbestos Product
Liability Litigation   (No. VI)                         Civil Action No.:  MDL 875

---

| | |
|---|---|
| CHARLES KRIK, | ) |
| Plaintiff | ) |
| v. | )   PA-ED No.:   08-CV-91296 |
|  | )   *Transfer from IN-N Case No.2:01-CV242JM* |
| A.W. CHESTERTON COMPANY, *et. al.,* | ) |
| Defendants | ) |

---

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that the above-captioned action against Defendant, Mallinckrodt US LLC (incorrectly identified as "Mallinckrodt Inc."), is voluntarily dismissed without prejudice and without costs to any of the parties herein.


___/s/ Mark D. Hitt_____            __/s/ William C. Mills_____
Mark D. Hitt, Esquire                                         William C. Mills, Esquire
Cascino Vaughan Law Office, Ltd.                   Weber Gallagher Simpson Stapleton
220 South Ashland Avenue                             Fires & Newby, LLP
Chicago, Illinois 60607                                     2000 Market Street, 13th Floor
(312) 944-0600                                                 Philadelphia, PA 19103
Attorney for Plaintiff                                         (215) 972-7900
                                                                           Attorney for Defendant,
                                                                           Mallinckrodt US LLC


Dated:_____10/12/2011_____            Dated:_____10/12/2011_____

IN THE UNITED STATES DISCTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Asbestos Product | |
| Liability Litigation    (No. VI) | Civil Action No.:  MDL 875 |

_____

| | |
|---|---|
| CHARLES KRIK, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
|     v. ) | PA-ED No.:   08-CV-91296 |
| ) | *Transfer from IN-N Case No.2:01-CV242JM* |
| A.W. CHESTERTON COMPANY, *et. al.,* ) | |
| ) | |
|     Defendants ) | |

_____

## ORDER FOR DISMISSAL

Upon the stipulation of the parties,

**IT IS HEREBY ORDERED THAT** all claims alleged against Defendant, Mallinckrodt US LLC (incorrectly identified as "Mallinckrodt Inc."), including all cross-claims in the above-referenced action are dismissed without prejudice and without costs to any of the parties herein.

Dated at Philadelphia, Pennsylvania, this _____ day of _____, 2011.

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE