IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------------- x
IN RE: ASBESTOS PRODUCTS             :
LIABILITY LITIGATION (NO. VI)        :
-------------------------------------------------------
This Document Relates To:   FILED       CIVIL ACTION NO. MDL 875

Krik, Charles, E.D. Pa. 08-CV-91296 MAY - 7 2012
                              MICHAEL E. KUNZ, Clerk
------------------------------------------- By ------------- Dep. Clerk
```

## AGREED ORDER OF VOLUNTARY DISMISSAL

Pursuant to an agreement by the parties (see June 22, 2011 email correspondence from CVLO attached as Exhibit A), as discussed during the Case Management Conference call on November 2, 2011, the following defendants are hereby dismissed from this action with each party to bear its own costs:

Beazer East Inc.; Chicago Protective Apparel Inc.; General Refractories Company; Industrial Holdings Corp.; John J. Maroney & Company; Luse Stevenson Company; Mallinckrodt Group Inc.; Techint Technologies; Texaco Inc.; WTI Rust Holding Inc.

AND IT IS SO ORDERED.

Dated: **MAY 0 7 2012**

Eduardo C. Robreno, J.

# EXHIBIT A

CH2\10633837.1

| | |
|---|---|
| **From:** | Tucker [beads@cvlo.com] |
| **Sent:** | Wednesday, June 22, 2011 3:42 PM |
| **To:** | agross@snrdenton.com; Amiel.Gross@snrdenton.com; araynor@crivellocarlson.com; athanasatoss@jbltd.com; azelkowitz@pretzel-stouffer.com; beachh@jbltd.com; bhuibregtse@staffordlaw.com; bhulse@blackwellburke.com; bmarr@mckenna-law.com; BournSG@fpwk.com; bplegge@moser.com; Bryan.Hopkins@huschblackwell.com; bvalerio@rwdmlaw.com; CGoldhaber@SMSM.com; cgordon@blackwellburke.com; Christenson@gasswebermullins.com; cjconrad@ncctslaw.com; clarson@heylroyster.com; cliljestrand@hinshawlaw.com; cmevert@ewhlaw.com; ctrible@mcguirewoods.com; dan@jardinelawoffice.com; Daniel.Maher@libertymutual.com; david.singley@dinslaw.com; dcarlson@crivellocarlson.com; dchristos@foleymansfield.com; dgriffin@djoalaw.com; dhaddox@smbtrials.com; dkelleher@jackscamp.com; dking@woodmclaw.com; dmanna@foley.com; dscouton@foleymansfield.com; dszlanfucht@rwdmlaw.com; dtemple@drewrysimmons.com; dweinberg@smsm.com; ecarlson@crivellocarlson.com; Casmere, Edward M.; efhouff@ewhlaw.com; egeise@goodwinproctor.com; elger@gasswebermullins.com; emaccabe@maccabe-mcguire.com; emccambridge@smsm.com; eobrien@jackscamp.com; fanningd@jbltd.com; fblakelock@gibbonslaw.com; gak1@heplerbroom.com; gdbruch@swartzcampbell.com; general@jardinelawoffice.com; ggoldberg@stamostrucco.com; gpatterson@swartzcampbell.com; gregory.hribik@dinslaw.com; james.zeszutek@dinslaw.com; jamie.kasper@guntymccarthy.com; JAYoung@cpmy.com; jbarooshian@cmjlaw.com; jbrown@LBTDlaw.com; jcanoni@kasowitz.com; jdenis@reinhartlaw.com; jef@kravitlaw.com; jfecht@rbelaw.com; jfonstad@sidley.com; jgempeler@foleymansfield.com; jgoller@vonbriesen.com; jhardin@moser.com; jhowie@stamostrucco.com; jjohanni@gklaw.com; jkalas@hinshawlaw.com; jkennedy@smsm.com; jkirkwood@williamskastner.com; jniquet@crivellocarlson.com; joe.kilpatrick@huschblackwell.com; joseph.roadarmel@dinslaw.com; josullivan@smbtrials.com; jrejano@foleymansfield.com; jrubin@gmrlawfirm.com; jstarrett@whdlaw.com; jsullivan@sanchezdh.com; jwatson@wlbdeflaw.com; kbjornlund@cetcap.com; Kevin.Knight@icemiller.com; khalaf.khalaf@quarles.com; kim.sarff@huschblackwell.com; kjudge@stamostrucco.com; knight@hfmfm.com; kplessner@mooclaw.com; kplotner@heylroyster.com; kplotner@hrva.com; kranz@mcguirewoods.com; Kseelaus@bmplaw.net; kwaller@smbtrials.com; ldoornbos@smbtrials.com; ldrabot@crivellocarlson.com; lflentye@smbtrials.com; lflickstein@margolisedelstein.com; lhong@ssd.com; lmcleroy@otjen.com; lrandolph@hinshawlaw.com; lyoung@hplegal.com; lyoung@hptylaw.com; m.douglas.eisler@wilsonelser.com; mark.sayre@valoremlaw.com; markdesrochers1@gmail.com; mark-feldmann@mennlaw.com; mdenning@heylroyster.com; mdrumke@heplerbroom.com; meaton@sidley.com; Fischer, Matthew; mfoster@mckenna-law.com; mgaffrey@hoaglandlongo.com; michael.bucci@dinslaw.com; michael.hultquist@snrdenton.com; michael.tanenbaum@sdma.com; michael.zukowski@klgates.com; mitchell.moser@quarles.com; mmagana@crivellocarlson.com; mmchaplinsky@kc-legal.com; morrisp@jbltd.com; mrosenberg@whdlaw.com; mtrainor@woodmclaw.com; mtrucco@stamostrucco.com; muellerf@jbltd.com; nbosio@dwwattorneys.com; nate_cade@gshllp.com; oharton@hptylaw.com; pbradley@wlbdeflaw.com; pbyrne@smbtrials.com; ppetruska@wvslaw.com; ra2law@cs.com; randerson@crivellocarlson.com; raustin@brothersthompson.com; rbaker@rbakerlaw.net; rcapritti@verusllc.com; ren@fpwk.com; rfaust@ncs-law.com; rhaas@smbtrials.com; RHModesitt@wilkinson.com; rmortimer@hinshawlaw.com; roshan.rajkumar@bowmanandbrooke.com; rranieri@wglaw.com; Riley, Robert; rspinelli@kjmsh.com; rushcs@fpwk.com; sbharty@vorys.com; sbusch@mcguirewoods.com; scelba@celba.com; scoley@gklaw.com; sean@djoalaw.com; smoore@rwdmlaw.com; dmsetter@fpwk.com; shart@smsm.com; shermetal@jbltd.com; slcaffrey@duanemorris.com; smccoy@drewrysimmons.com; smehringer@csmlawfirm.com; spitkovsky@jbltd.com; sscott@maccabe-mcguire.com; steve.beshore@huschblackwell.com; sthomsen@s-s-law.com; stpagels@whdlaw.com; susan.gunty@guntymccarthy.com; tab@painetar.com; taquino@staffordlaw.com; tcowan@hptylaw.com; thefirm@maccabe-mcguire.com; tjcampbell@cpmy.com; tjolly@cmjlaw.com; tjw@gdldlaw.com; tkrippner@smsm.com; tmccullough@mgpllp.com; |

1

**To:**
torris@wvslaw.com; tpagel@celba.com; tpike@pjmlaw.com; tpm@mcgeeverlaw.com; trhoades@crivellocarlson.com; tschrimpf@hinshawlaw.com; twill@foley.com; uwilks@mcguirewoods.com; wmills@wglaw.com; wseisennop@s-s-law.com; wshenkenberg@mzmilw.com; wsmith@dmclaw.com; wynne@butzel.com; scarlson@vonbriesen.com; canderso@vonbriesen.com; nbehrendt@vonbriesen.com; AJagadich@SMSM.com; owensk@jbltd.com; tgilligan@murnane.com; kdowney@murnane.com; tnorby@murnane.com; franke@gasswebermullins.com; jlennon@smsm.com; jamesteryr@fpwk.com; gaymm@fpwk.com; jamesterryr@fpwk.com; jlaffey@whdlaw.com; bbarnes@hptylaw.com; cgriffin@hptylaw.com; mwilliford@hptylaw.com; lsmith@hptylaw.com; dpoland@gklaw.com; cyrd@jbltd.com

**Cc:** Bob G. McCoy; Allen D. Vaughan; Michael Cascino; Mark D. Hitt

**Subject:** MDL 875: Cascino Vaughan Mediation Cases

**Follow Up Flag:** Follow up

**Flag Status:** Red

Counsel:

Upon further review of the first ten cases, plaintiffs will be requesting voluntary dismissals for certain defendants as listed below.

Taylor, Leslie:
General Refractories Company
Georgia Pacific Corporation
Rhone-Poulenc AG Company

Wright, Deon:
A.W. Chesterton Company
Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc.
Cleaver Brooks, Inc.
General Electric Company
Hobart Brothers Company
Lincoln Electric Company
Linde, LLC, f/k/a The Boc Group and/or Airco Miller Electric Mfg. Co.
Oakfabco Inc.
Owens-Illinois Inc.
Riley Power, Inc.
Union Carbide Corporation

Krik, Charles:
Beazer East Incorporated
Chicago Protective Apparel Incorporated
General Refractories Company
Industrial Holdings Corporation
John J Maroney & Company
Luse Stevenson Company
Mallinckrodt Group Incorporated
Techint Technologies
Texaco Incorporated
WTI Rust Holding Incorporated

Gehrt, Paul:
A.W. Chesterton Company
Airgas Merchant Gases, LLC as succes in int to AGA Gas, Inc.
Bechtel Construction Company
Eaton Electrical, Inc., as successor to Cutler-Hammer Inc.
General Refractories Company
Hobart Brothers Company
Linde, Inc. f/k/a The Boc Group and/or Airco Marathon Oil Company Miller Electric Mfg. Co.
Minnesota Mining & Manufacturing Company Young Insulation Group

Goeken, Marion:

2